NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTHENEX, INC.,**
*Plaintiff-Appellant,*

v.

**EMC CORPORATION,**
*Defendant-Appellee.*

---

2011-1264

---

Appeal from the United States District Court for the Central District of California in case no. 10-CV-1251, Senior Judge Mariana R. Pfaelzer.

---

## ON MOTION

---

## ORDER

Authenex, Inc. moves to stay the briefing schedule or for an extension of time to file its opening brief.

Authenex states that the district court has not entered a final judgment and that counterclaims for declaratory judgments of noninfringement and invalidity remain pending. Because these claims remain pending, the appellant acknowledges that its appeal is premature. *See Pause Tech. v. TiVO Inc.*, 401 F.3d 1290 (Fed. Cir. 2005)

(dismissing appeal when counterclaim regarding invalidity remained pending; after case was fully briefed, granting leave to seek remedial action at district court and allowing reinstatement of appeal under same docket number if within 30 days of dismissal a party appealed from a district court final judgment).

Accordingly,

IT IS ORDERED THAT:

(1) Authenex is directed to show cause within 14 days of the date of filing of this order why this appeal should not be dismissed for lack of jurisdiction.*

(2) The briefing schedule is stayed. The motions are denied as moot.

FOR THE COURT

**MAY 0 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeremy S. Pitcock, Esq.
    Chris R. Ottenweller, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2011

JAN HORBALY
CLERK

---

\*   Authenex may of course timely file a new appeal if and when the district court enters a final judgment deciding all claims.